**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>MICHAEL LEE COTTON<br>LENESTER ANN COTTON<br>Debtor(s) | Case No. 12-50482 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/28/2012, and was converted to chapter 13 on 12/28/2012.

2) The plan was confirmed on 04/08/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/04/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 09/29/2014.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 12-50482    Doc 38    Filed 01/06/15    Entered 01/06/15 14:14:30    Desc Main
Document    Page 2 of 4

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,460.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$5,460.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,928.86 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $262.51 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,191.37** |

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SVC | Unsecured | NA | 11,702.26 | 11,702.26 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 135.51 | 135.51 | 0.00 | 0.00 |
| CCSI | Unsecured | 16.00 | 207.00 | 207.00 | 0.00 | 0.00 |
| CHICAGO TRIBUNE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,000.00 | 3,918.00 | 3,918.00 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/MOHELA | Unsecured | 3,250.00 | 3,966.43 | 3,966.43 | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORP | Secured | 10,275.00 | 12,412.08 | 12,318.00 | 2,510.90 | 757.73 |
| EXETER FINANCE CORP | Unsecured | 2,043.00 | NA | 94.08 | 0.00 | 0.00 |
| FRANCISCAN ST MARGARET HEALT | Unsecured | 4,492.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 11,630.00 | NA | NA | 0.00 | 0.00 |
| Green Hill Financial | Secured | NA | 22,413.55 | 22,413.55 | 0.00 | 0.00 |
| Green Hill Financial | Unsecured | NA | NA | 22,413.55 | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 1,328.00 | 3,636.00 | 3,636.00 | 0.00 | 0.00 |
| IMAGING ASSOCIATION OF INDIANA | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 2,674.00 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 1,098.00 | NA | NA | 0.00 | 0.00 |
| MBI SOLUTIONS | Unsecured | 506.00 | 506.00 | 506.00 | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MERCY HOSPITAL & MEDICAL CENT | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| MERCY PHYSICIAN BILLING | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| MOUNT SINAI HOSPITAL | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| MT SINAI HEALTH SYSTEM | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| NASON EASY PAY | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTHWEST COLLECTORS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | 764.00 | NA | NA | 0.00 | 0.00 |
| PLACEMENT CONTROL | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL PHYSICIANS | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 1,068.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 35.00 | 611.10 | 611.10 | 0.00 | 0.00 |
| STONEBERRY | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| TASTE OF HOME | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| TMOBILE | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT UNION | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 364.00 | 298.83 | 298.83 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 3,250.00 | NA | NA | 0.00 | 0.00 |
| WENG PENG MD | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| ZEMAN HOMES | Secured | 40,000.00 | NA | NA | 0.00 | 0.00 |
| ZEMAN HOMES | Unsecured | 9,751.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,318.00 | $2,510.90 | $757.73 |
| All Other Secured | $22,413.55 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$34,731.55** | **$2,510.90** | **$757.73** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$47,588.76** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,191.37 |
| Disbursements to Creditors | $3,268.63 |
| **TOTAL DISBURSEMENTS :** | **$5,460.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/06/2015                              By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**